**Fill in this information to identify the case:**

United States Bankruptcy Court for the: Southern District of Florida (State)

Case number (If known): ______ Chapter 15

☐ Check if this is an amended filing

Official Form 401

**Amended**

# Chapter 15 Petition for Recognition of a Foreign Proceeding

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

**1. Debtor's name**

A.d.r. Kropveld Diamonds Ltd.

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __

☑ Other 51-289004-7. Describe identifier Business Number.

**For individual debtors:**

☐ Social Security number: xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____

☐ Other ______. Describe identifier ______.

**3. Name of foreign representative(s)**

Karen Raichbach-Segal, Adv.

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**

Case Liquidation 43986-11-15, District Court in Tel Aviv

**5. Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding

☐ Foreign nonmain proceeding

☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☑ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

______

______

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor A.d.r. Kropveld Diamonds Ltd. Case number (if known) ______
Name

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Israel

**Debtor's registered office:**

54 Bezalel Street
Number Street

P.O. Box

Ramat Gan Tel-Aviv 52521
City State/Province/Region ZIP/Postal Code

Israel
Country

**Individual debtor's habitual residence:**

c/o Thomas R. Lehman, P.A.
Levine Kellogg Lehman et al
Number Street

201 S. Biscayne Blvd., 22nd Floor
P.O. Box

Miami FL 33131
City State/Province/Region ZIP/Postal Code

USA
Country

**Address of foreign representative(s):**

Eitan Mehulal & Sadot -
Advocates and Patent Attorneys
10 Abba Eben Blvd.
Number Street

P.O. Box

Herzliya Tel-Aviv 4612002
City State/Province/Region ZIP/Postal Code

Israel
Country

**10. Debtor's website (URL)** n/a

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

- ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.
- ☐ Partnership
- ☐ Other. Specify: ______

☐ Individual

Debtor A.d.r. Kropveld Diamonds Ltd. Case number (if known) ____________
Name

**12. Why is venue proper in *this district*?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

________________________________________.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

________________________________________.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

Karen Raichbach-Segal, Adv.
Asset Receiver of
A.D.R. Kropveld Diamonds Ltd.
P.V. 51-289004-7

✘ ____________________ Signature of foreign representative

Printed name Karen Raichbach-Segal, Adv. Asset Receiver of A.D.R. Kropveld Diamonds Ltd. P.V. 51-289004-7

Executed on 04/10/2016
MM / DD / YYYY

✘ ____________________ Signature of foreign representative

____________________ Printed name

Executed on ____________
MM / DD / YYYY

**14. Signature of attorney**

✘ ____________________ Signature of Attorney for foreign representative

Date 05/19/2016
MM / DD / YYYY

Thomas R. Lehman
Printed name

Levine Kellogg Lehman Schneider + Grossman LLP
Firm name

201 S. Biscaynce Blvd., Fl 22
Number Street

Miami FL 33131
City State ZIP Code

(305) 403-8788 trl@lklsg.com
Contact phone Email address

351318 Florida
Bar number State



Serial 29/2015

מספר סידורי 29/2015

## CERTIFICATION OF TRANSLATION AND CERTIFICATION OF COPY

I, the undersigned Shirley Gal, Notary at 10 Abba Eban Blvd. hereby certify that the attached document marked "1" the document overleaf is a correct copy of the certified copy of the document which has been produced to me and is attached herewith and marked "2".

Furthermore, I hereby declare that I am well acquainted with the Hebrew and English languages and that the wording appearing within a rectangle in the second page of the document attached to this certification marked "1" is a correct translation into English of the wording appearing within a rectangle drawn up in the Hebrew language, which has been produced to me, and a certified copy of which is also attached herewith and marked "2".

In witness whereof I certify the correctness of the copy and the correctness of said translation by my signature and seal.

This day 27/03/2016

..........................................................................

*Notary's Seal and Signature*

...IS + VAT

## אישור תרגום ואישור העתק

אני הח"מ שירלי גל, נוטריון בשדרות אבא אבן 10 הרצליה, ישראל, מאשרת כי המסמך המצורף והמסומן במספר "1" שמעבר לדף הוא העתק מדויק של מסמך נאמן למקור שהוצג בפני המצורף לאישורי זה ומסומן "2".

כמו כן, הנני מצהירה בזה, כי אני שולטת היטב בשפה העברית והאנגלית וכי המלל המופיע במלבן בדף השני של המסמך המצורף לאישור זה והמסומן "1" הוא תרגום מדויק לאנגלית של המלל המופיע במלבן בשפה העברית במסמך העתק נאמן למקור שהוצג לפני המצורף גם הוא לאישורי זה ומסומן "2".

ולראיה אני מאשרת את דיוק ההעתק הנ"ל ודיוק התרגום האמור בחתימת ידי ובחותמי.

היום 27/03/2016

נוטריון שירלי גל SHIRLEY GAL NOTAIRE NOTARY

..........................................................................

חותם הנוטריון וחתימתו

שכר נוטריון 277 ₪ + מע"מ

אתי באסל
ETI BASEL
29-03-2016
Tel-Aviv תל אביב

# APOSTILLE

(Convention de la Haye du 5 Octobre 1961)

1. STATE OF ISRAEL
1. מדינת ישראל

This public document
מסמך ציבורי זה

2. Has been signed by Advocate S. Gal
2. נחתם בידי עו"ד

3. Acting in capacity of Notary
3. המכהן בתור נוטריון.

4. Bears the seal/stamp of the above Notary
4. נושא את החותם/החותמת של הנוטריון הנ"ל

**Certified**
**אושר**

5. At the Magistrates Court of Tel Aviv Jaffa
5. בבית משפט השלום בתל אביב יפו

6. Date ______
6. ביום ______

7. By an official appointed by Minister of Justice under the Notaries Law, 1976.
7. על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל"ו - 1976

29-03-2016

8. Serial number 21253
8. מס' סידורי ______

9. Seal/Stamp ______
9. החותם / החותמת ______

10. Signature ______
10. החתימה

בית משפט השלום בתל אביב-יפו * Magistrates Court of Tel-Aviv Jaffa *
ישראל

אתי באסל
ETI BASEL
29-03-2016
Tel-Aviv תל אביב

אתי באסל
ETI BASEL
29-03-2016
Tel-Aviv תל אביב

אתי באסל
ETI BASEL
29-03-2016
Tel-Aviv תל אביב

Distri
in Tel

Abo

"1"

**District Court**
**in Tel Aviv**

**Case liquidation 43986-11-15**
**Request No. ___**

| | | |
|---|---|---|
| **About:** | **Companies Ordinance (New Version) 5742-1983** | **Ordinance** |
| **ıut:** | **Union Bank of Israel Ltd. Num. 520018649**<br>Represented by Eyal Ben-Zaken, Adv., and /or Guy Ido, Adv., and /or Matan Yas, Adv.,<br>Eitan Mehulal & Sadot – Advocates & Patent Attorneys<br>10 Abba Eben Blvd., Herzliya 4612002, Israel<br>Tel: 09-9726000 ; Fax: 09-9726001 | **Applicant (The Bank)** |
| **About:** | **A.d.r. Kropveld Diamonds Ltd., P.V 512 890 047**<br>Bezalel Street, Ramat Gan 54 , Israel<br>Tel: 03-6129030; Fax: 03-6129040 | **Respondent (Company)** |
| **About:** | **Karen Raichbach-Segal, Adv.**<br>Asset receiver of the assets of<br>A.d.r. Kropveld Diamonds Ltd., P.V 512 890 047<br>Eitan Mehulal & Sadot – Advocates & Patent Attorneys<br>10 Abba Eben Blvd., Herzliya 4612002, Israel<br>Tel: 09-9726000 ; Fax: 09-9726001 | **Assets Receiver** |

# Provisional Sentence

**In accordance with the court's decision dated ________, I hereby instruct the appointment of Karen Raichbach-Segal, Advocate, under section 194 of the Israeli Companies Ordinance (New Version) 5743-1983, as the asset receiver of A.d.r. Kropveld Diamonds Ltd., P.V 512890047 (the "Asset Receiver" and the "Company" and/or "Kropveld"), which granted her powers specified as follows:**

1. Authorize the Asset Receiver to commence legal proceedings in the U.S. to preserve, protect and recover Kropveld's property and business records, including seeking recognition of the Israeli proceeding under Chapter 15 of the U.S. Bankruptcy Code. The Asset Receiver is authorized to retain the Miami, FL law firm of LKLSG to represent her in Chapter 15 proceedings under the terms of the law firm's retainer agreement filed with the Court.
2. The Asset Receiver shall give written notice of her appointment as an Asset Receiver to the Company's other creditors, including providing the Company's creditors with a copy of this Order and notifying creditors that they may participate in this proceeding by filing appropriate requests with this Court. The Asset Receiver shall consider the rights of creditors of Kropveld



under Israeli law during the course of the Asset Receiver discharging her duties under this Order, including giving due consideration of creditors' legal and property rights under Israeli law.

3. Authorize the Asset Receiver to enter the Company's offices located in the Diamond Exchange building, 1 Jabotinsky Street, Ramat Gan.

4. To take over the Company's PCs, its servers and / or any other computer equipment, and to remove and / or copy any information of any kind required her to locate the company's assets and keeping its properties, including the preparation of appropriate backups.

5. To receive any information on the Company's assets and its accounting system from a third party holder thereof, including the agent, Mr. Isaac (Itzik) Mazor, the Company's accountants and auditors.

6. To receive the Company's inventory as any, and take actions to save the Company's assets wherever they are.

7. Seize the ledgers of the Company and any other documents belonging to the management of the Company's accounts, and obtain information on the names, addresses and other contact information for the Company's creditors so that the Asset Receiver is able to send creditors the notice of this proceeding required in paragraph 2 of this Order.

8. Demand and receive from the Company and / or its employees and / or its licensors and / or its agents and / or managers and any other person, including Mr. Rooney Kropveld, all accounts, financial statements and / or other information relating to the pledged property including Computers held by them and the information contained on their computers.

9. Authorize the Asset Receiver to perform collection of invoices issued by the Company and its customers, and to receive the Company's consignment inventory to be returned to customers.

10. Employ, if necessary, IT teams in order to retrieve data from Company computers, and making backups, as well as an auditor for the performance of its functions.

11. All other authority that honorable court will decide to give to the Assets Receiver, to ensure compliance and implementation of the pledged property.

12. In connection with commencing and prosecuting Chapter 15 proceedings in the U.S., the Asset Receiver is authorized to request immediate provisional relief from the U.S. Bankruptcy Court so that the Asset Receiver is able to carry out her duties under this Order with respect to property and business records of Kropveld located in the U.S.

| 03/23/2016 | Decision |
|---|---|
| Case No. 43986-11-15 | |
| Judge Hagay Brenner | |
| The order was signed. | |

2

**District Court**
**in Tel Aviv**

**Case liquidation 43986-11-15**
**Request No.**

| | | |
|---|---|---|
| **About:** | **Companies Ordinance (New Version) 5742-1983** | **Ordinance** |
| **ut:** | **Union Bank of Israel Ltd. Num. 520018649**<br>Represented by Eyal Ben-Zaken, Adv., and /or Guy Ido, Adv., and /or Matan Yas, Adv.,<br>Eitan Mehulal & Sadot – Advocates & Patent Attorneys<br>10 Abba Eben Blvd., Herzliya 4612002, Israel<br>Tel: 09-9726000 ; Fax: 09-9726001 | **Applicant (The Bank)** |
| **About:** | **A.d.r. Kropveld Diamonds Ltd., P.V 512 890 047**<br>Bezalel Street, Ramat Gan 54 , Israel<br>Tel: 03-6129030; Fax: 03-6129040 | **Respondent (Company)** |
| **About:** | **Karen Raichbach-Segal, Adv.**<br>Asset receiver of the assets of<br>A.d.r. Kropveld Diamonds Ltd., P.V 512 890 047<br>Eitan Mehulal & Sadot – Advocates & Patent Attorneys<br>10 Abba Eben Blvd., Herzliya 4612002, Israel<br>Tel: 09-9726000 ; Fax: 09-9726001 | **Assets Receiver** |

# Provisional Sentence

**In accordance with the court's decision dated ________, I hereby instruct the appointment of Karen Raichbach-Segal, Advocate, under section 194 of the Israeli Companies Ordinance (New Version) 5743-1983, as the asset receiver of A.d.r. Kropveld Diamonds Ltd., P.V 512890047 (the "Asset Receiver" and the "Company" and/or "Kropveld"), which granted her powers specified as follows:**

1. Authorize the Asset Receiver to commence legal proceedings in the U.S. to preserve, protect and recover Kropveld's property and business records, including seeking recognition of the Israeli proceeding under Chapter 15 of the U.S. Bankruptcy Code. The Asset Receiver is authorized to retain the Miami, FL law firm of LKLSG to represent her in Chapter 15 proceedings under the terms of the law firm's retainer agreement filed with the Court.

2. The Asset Receiver shall give written notice of her appointment as an Asset Receiver to the Company's other creditors, including providing the Company's creditors with a copy of this Order and notifying creditors that they may participate in this proceeding by filing appropriate requests with this Court. The Asset Receiver shall consider the rights of creditors of Kropveld



under Israeli law during the course of the Asset Receiver discharging her duties under this Order, including giving due consideration of creditors' legal and property rights under Israeli law.

3. Authorize the Asset Receiver to enter the Company's offices located in the Diamond Exchange building, 1 Jabotinsky Street, Ramat Gan.

4. To take over the Company's PCs, its servers and / or any other computer equipment, and to remove and / or copy any information of any kind required her to locate the company's assets and keeping its properties, including the preparation of appropriate backups.

5. To receive any information on the Company's assets and its accounting system from a third party holder thereof, including the agent, Mr. Isaac (Itzik) Mazor, the Company's accountants and auditors.

6. To receive the Company's inventory as any, and take actions to save the Company's assets wherever they are.

7. Seize the ledgers of the Company and any other documents belonging to the management of the Company's accounts, and obtain information on the names, addresses and other contact information for the Company's creditors so that the Asset Receiver is able to send creditors the notice of this proceeding required in paragraph 2 of this Order.

8. Demand and receive from the Company and / or its employees and / or its licensors and / or its agents and / or managers and any other person, including Mr. Rooney Kropveld, all accounts, financial statements and / or other information relating to the pledged property including Computers held by them and the information contained on their computers.

9. Authorize the Asset Receiver to perform collection of invoices issued by the Company and its customers, and to receive the Company's consignment inventory to be returned to customers.

10. Employ, if necessary, IT teams in order to retrieve data from Company computers, and making backups, as well as an auditor for the performance of its functions.

11. All other authority that honorable court will decide to give to the Assets Receiver, to ensure compliance and implementation of the pledged property.

12. In connection with commencing and prosecuting Chapter 15 proceedings in the U.S., the Asset Receiver is authorized to request immediate provisional relief from the U.S. Bankruptcy Court so that the Asset Receiver is able to carry out her duties under this Order with respect to property and business records of Kropveld located in the U.S.

בית המשפט
בית משפט מחוזי תל-אביב
אני מאשר
שהעתק זה נכון ומתאים למקור
24/3/17
חתימה
תאריך
החלטה
23/03/2016
תיק 43986-11-15
שו' חגי ברנר
הצו נחתם.
נוטריון
שירלי גל
SHIRLEY GAL
NOTARY